IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hall, Marilyn E

Printed: 9/23/08

Case Number: 05 B 23655
Judge: Wedoff, Eugene R
Filed: 6/15/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: July 10, 2008
Confirmed: August 4, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,654.80 | |
| Secured: | | 200.00 |
| Unsecured: | | 1,214.22 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 185.78 |
| Other Funds: | | 54.80 |
| Totals: | 3,654.80 | 3,654.80 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Dell Financial Services, Inc | Secured | 200.00 | 200.00 |
| 3. | RoundUp Funding LLC | Unsecured | 115.00 | 147.54 |
| 4. | Sir Finance Corporation | Unsecured | 55.00 | 70.56 |
| 5. | AAA Checkmate LLC | Unsecured | 69.45 | 89.09 |
| 6. | Verizon Wireless | Unsecured | 35.45 | 45.50 |
| 7. | Brother Loan & Finance | Unsecured | 82.90 | 106.37 |
| 8. | Peoples Energy Corp | Unsecured | 309.06 | 0.00 |
| 9. | KCA Financial Services | Unsecured | 309.06 | 398.04 |
| 10. | Capital One | Unsecured | 70.87 | 90.90 |
| 11. | Capital One | Unsecured | 207.49 | 266.22 |
| 12. | AAA Checkmate LLC | Unsecured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | AmeriCash Loans, LLC | Unsecured | | No Claim Filed |
| 15. | Affiliated Radiologist | Unsecured | | No Claim Filed |
| 16. | AMO | Unsecured | | No Claim Filed |
| 17. | SBC | Unsecured | | No Claim Filed |
| 18. | Vyridian Revenue Managment | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,454.28 | $ 3,414.22 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 9.96 |
| 5.5% | 28.74 |
| 5% | 29.89 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hall, Marilyn E

Printed:  9/23/08

Case Number:  05 B 23655
Judge:  Wedoff, Eugene R
Filed:  6/15/05

|       |        |
|-------|--------|
| 4.8%  | 15.13  |
| 5.4%  | 83.49  |
| 6.5%  | 18.57  |
|       | _____ |
|       | $ 185.78 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

